## Victoria Darmer, Appellant, v. John E. Darmer, Appellee.

Gen. No. 9,444.

opinion filed October 26, 1944; released for publication November 21, 1944. Londrigan & Londrigan, for appellant; A. M. Fitzgerald and Walter T. Day, for appellee. Opinion by JUSTICE RIESS. Not to be published in full.